United States District Court
Southern District of Texas
FILED

AO 91 (Rev 8/01) Criminal Complaint

OCT 28 2018

# United States District Court

David J. Bradley, Clerk

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Juan Lopez-Perez

AKA: Gabriel Garcia-Vanegas

IAE    YOB: 1970
Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-18-2208-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 27, 2018** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Juan Lopez-Perez was encountered by Border Patrol Agents near Rio Grande City, Texas on October 27, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on October 27, 2018, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 19, 2018, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 28, 2008, the defendant was convicted of Robbery and was sentenced to five (5) years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on October 28, 2018.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.P.4.1, and probable cause found on:*

Sworn to before me

October 28, 2018    3:43 p.m.

Peter E. Ormsby    , U.S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Claudia Garcia
Signature of Complainant
Claudia Garcia    Senior Patrol Agent

*Pete E. Ormsby*
Signature of Judicial Officer